UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| JOHN RYAN COPPLE,<br><br>Plaintiff,<br><br>vs.<br><br>MARMEN ENERGY COMPANY,<br><br>Defendant. | 4:16-CV-04068-RAL<br><br><br>JUDGMENT OF DISMISSAL |

On November 21, 2016, the parties filed a Joint Motion for Judgment of Dismissal with Prejudice, Doc. 16. Based on the request of the parties, it is hereby

ORDERED, ADJUDGED AND DECREED that this case is dismissed on its merits, with prejudice and without taxation of costs, and that Judgment of Dismissal hereby enters under Rules 54 and 58 of the Federal Rules of Civil Procedure.

DATED this 22nd day of November, 2016.

BY THE COURT:

*[signature]*
ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE